UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br>et al.,<br><br>        Defendants. | Case: 1:18-CV-00267-AWI-JLT<br><br>**ORDER CLOSING THE CASE AS TO<br>PLAINS ALL AMERICAN PIPELINE,<br>L.P. ONLY**<br>**(Doc. 4)** |

The plaintiff has filed a notice of voluntary dismissal as to Plains All American Pipeline, L.P. only (Doc.4)  No other defendant has appeared in this action.  According to Fed. R. Civ.P. 41, the dismissal as to this defendant is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Therefore, the Clerk of the Court is DIRECTED to close this action **as to Plains All American Pipeline, L.P. only**.  In addition, the plaintiff is admonished to file proof of service as to the remaining defendant as soon as possible and is reminded of his obligations under Fed. R. Civ. P. 4(m).


IT IS SO ORDERED.

Dated:   **March 12, 2018**           **/s/ Jennifer L. Thurston**
                                  UNITED   STATES   MAGISTRATE
JUDGE