# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-0267- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

On May 23, 2018, the parties informed the Court that "a global settlement has been reached" in this action. (Doc. 12 at 2) The parties request sixty days to file a joint stipulation for dismissal. (*Id.*) Thus, the Court **ORDERS**:

　　1.　　A stipulation to dismiss the action **SHALL** be filed **no later than July 23, 2018**; and

　　2.　　All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**May 23, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE